THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABIDALI HAJI, Appellant. [929 NYS2d 786]—

Ordered that the resentence is affirmed. No opinion. Prudenti, P.J., Dillon, Balkin, Belen and Miller, JJ., concur.